■ A. M. LEVINSON FURS, INC., v. CENTENNIAL INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ. [See 286 App. Div. 788.]

■ BEN AMES et al., Copartners Doing Business as JULIUS M. AMES & Co., Appellants, v. SENCO PRODUCTS, INC., Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ. [See ante, p. 658.]

■ MILTON I. SHUBERT et al., as Executors of LEE SHUBERT, Deceased, Respondents-Appellants, v. LAWRENCE S. LAWRENCE et al., as Executors of LEE SHUBERT, Deceased, et al., Appellants-Respondents.— Motion for reargument denied. Motions for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Botein, Rabin and Cox, JJ. [See ante, p. 654.]

■ TRANS CARIBBEAN AIRWAYS, INC., v. SLICK AIRWAYS, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Rabin and Cox, JJ. [See ante, p. 661.]

■ IRENE E. MEENAN v. JOHN E. MEENAN.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 286 App. Div. 775.]

■ GOLDIE B. PRASHKER, as Administratrix of the Estate of NATHAN PRASHKER, Deceased, et al., v. UNITED STATES GUARANTEE COMPANY et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See ante, p. 667.]

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for a Project Known as HARLEM SLUM CLEARANCE PROJECT, in the Borough of Manhattan. CHILDREN'S AID SOCIETY, Appellant; CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 286 App. Div. 1084.]

■ JOSIAH BURNETT v. GEORGE M. HARRISON, as President of the Brotherhood of Railway and Steamship Clerks, Freight Handlers, Express and Station Employees, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin and Cox, JJ. [See ante, p. 661.]

■ EMILY SHOPS, INC., v. INTER-STATE TRUCK LINE, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See ante, p. 667.]

■ ELISEO J. LISI v. ALBERT LANG.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See 286 App. Div. 771.]

■ AMERICAN NEWS COMPANY, INC., v. AVON PUBLISHING CO., INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ. [See 286 App. Div. 1089.]

■ In the Matter of the Probate of the Will of ELEANOR M. SATTERLEE, Deceased. MABEL S. INGALLS, Appellant-Respondent; SOL A. ROSENBLATT, Respondent-Appellant; UNITED STATES OF AMERICA et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See ante, p. 668.]